**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-20-00120-CV**
_____

**ADRIAN GIBBS, Appellant**

**V.**

**PHILIP ANZICK, Appellee**

On Appeal from the 416th District Court
Collin County, Texas
Trial Cause No. 416-05052-2018

**MEMORANDUM OPINION**

The appellant filed a motion to dismiss this appeal. This motion is voluntarily made by the appellant prior to any decision of this Court. *See* Tex. R. App. P. 42.1(a)(1). No other party filed notice of appeal. We grant the motion and dismiss the appeal.

APPEAL DISMISSED.

PER CURIAM

1

Submitted on September 2, 2020
Opinion Delivered September 3, 2020

Before McKeithen, C.J., Kreger and Johnson, JJ.